DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE ARMANDO TOME, JR.,**
Appellant,

v.

**CITY OF HOLLYWOOD,**
Appellee.

No. 4D21-1165

[December 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ginger Lerner-Wren, Judge; L.T. Case No. 062019MO000502A88810.

Ima Ocasio-Yrady, Miami, for appellant.

Doug R. Gonzales, City Attorney, and Aylin Ruiz, Municipal Prosecutor, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***